**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 10-45446 |
|---|---|---|
| | § | |
| PAUL MORENO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/26/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/28/2011         By:   /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45446 |
| | § | |
| PAUL MORENO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $3,350.59
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $3,350.59

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,350.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $837.61 | $0.00 | $837.61 |
| David P. Leibowitz, Trustee Expenses | $4.32 | $0.00 | $4.32 |

Total to be paid for chapter 7 administrative expenses: $841.93
Remaining balance: $2,508.66

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  | Remaining balance: | $2,508.66 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $2,508.66 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,800.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Capital One Bank (USA), N.A. | $674.62 | $0.00 | $44.77 |
| 2 | Capital One Bank (USA), N.A. | $4,189.61 | $0.00 | $278.05 |
| 3 | Capital One Bank (USA), N.A. | $1,737.56 | $0.00 | $115.31 |
| 5 | Chase Bank USA, N.A. | $2,019.83 | $0.00 | $134.05 |
| 6 | Capital Recovery IV LLC | $10,313.93 | $0.00 | $684.49 |
| 7 | Capital Recovery IV LLC | $753.87 | $0.00 | $50.03 |
| 8 | American Express Centurion Bank | $6,761.43 | $0.00 | $448.73 |
| 9 | FIA Card Services, NA/Bank of America | $11,349.61 | $0.00 | $753.23 |

|  | Total to be paid to timely general unsecured claims: | $2,508.66 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                                  Case No. 10-45446-SPS
Paul Moreno                                                                             Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: adragonet              Page 1 of 2                  Date Rcvd: Jun 29, 2011
                              Form ID: pdf006              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
db           +Paul Moreno,    3700 N Nordica Ave,    Chicago, IL 60634-2323
aty          +Anna M Shannon,    Legal Helpers,    233 S. Wacker Drive, Ste. 5150,    Chicago, IL 60606-6371
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
16259433     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
16863530      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16259434     +Americredit,    Po Box 181145,    Arlington, TX 76096-1145
16259435     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16259436     +Blatt, Hassenmiller, Leibsker,    & Moore LLC,    125 South Wacker Dr, Suite 400,
               Chicago, IL 60606-4440
16678880      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
16259439     +Cefcu,    Po Box 1715,    Peoria, IL 61656-1715
16259440     +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
16792364      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16259441     +Chevron / Texaco Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
16259442     +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20432,
               Kansas City, MO 64195-0432
16259443     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16259444     +Cpu/citi,    Attn: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16259445     +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
16259446     +Exxmblciti,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16259447     +Freedman Anselmo Lindberg & Rappe,    1807 W Diehl - Suite 333,    PO Box 3107,
               Naperville, IL 60566-7107
16259448     +Fst Premier,    Po Box 5524,    Sioux Falls, SD 57117-5524
16259453     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16259454      Internal Revenue Service,    P O BOX 7346,    Philadelphia, PA 19101-7346
16259455      Jeffrey Betman & Associates,    6039 W. Belmont Avenue,    Chicago, IL 60634-5116
16259456     +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
16259457     +Sunoco/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16259437      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 29 2011 23:07:16
               Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
16259438      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2011 00:01:47     Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
16854743       E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2011 00:03:15     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16977815       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2011 00:01:49
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16259449      +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 00:03:15     Gemb/chevron,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
16259450      +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 02:51:26     Gemb/lowes Dc,    PO Box 981400,
               El Paso, TX 79998-1400
16259451      +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 00:03:15     Gemb/walmart,    Po Box 981400,
               El Paso, TX 79998-1400
16259452      +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 29 2011 23:07:54     Hilco Rec,    Attn: Bankruptcy,
               1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: adragonet              Page 2 of 2              Date Rcvd: Jun 29, 2011
                              Form ID: pdf006              Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                                **Signature:**    *Joseph Speetjens*